# EXHIBIT 9

| | |
|---|---|
| **ARAPAHOE COUNTY DISTRICT COURT**<br>7325 S Potomac Street #100<br>Centennial, Colorado 80112<br>(303) 645-6600 | **DATE FILED**<br>December 24, 2025 11:45 AM<br>CASE NUMBER: 2025CV33142 |
| **Plaintiff:**<br>**MOTHER DOE** as parent and legal guardian on behalf of **MINOR DOE,** a minor child**;**<br>**MOTHER DOE,** in her individual capacity**.**<br><br>v.<br><br>**Defendants:**<br>**LYFT, INC.;**<br>**META PLATFORMS, INC.** and **INSTAGRAM, LLC** | ▲ **COURT USE ONLY** ▲ |
| | **Case No.:**<br><br>**Division:** |
| **ORDER RE: PLAINTIFFS' MOTION TO PROCEED USING FICTITIOUS NAMES AND FOR A PROTECTIVE ORDER REGARDING SAME** | |

THIS MATTER, having come before the Court on Plaintiffs' Motion to Proceed Using Fictitious Names and for a Protective Order Regarding Same, and the Court being fully advised in the premises,

HEREBY GRANTS Plaintiffs' motion and ORDERS that Plaintiffs shall proceed anonymously under the name "**MOTHER DOE**" AND **"MINOR DOE"**. Plaintiff shall forthwith submit her name and address for the Court under seal. The Court further enters a protective order preventing Defendants from publicly disclosing Plaintiffs' names in regard to this litigation.

Entered this   24th   day of   December  , 2025.

BY THE COURT